# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**DONNETTE MARIE HAZLETT,**

    **Plaintiff,**

v.

**ANDREW M. SAUL,**
**Commissioner of Social Security,**

    **Defendant.**

Case No. 19-1099-DDC

## MEMORANDUM AND ORDER

This case is before the court on the Motion to Withdraw and for Stay or Continuance filed by plaintiff's counsel. Doc. 9. Counsel asserts he must withdraw under Local Rule 83.5.5 and Kansas Supreme Court Rule 217 because he "has been suspended from the practice of law by order of this court." Doc. 9 at 1. Counsel asserts by affidavit that he has complied with the requirements of Local Rule 83.5.5. Doc. 9 & Doc. 9-1.

Counsel also requests the court grant plaintiff a stay or continuance of at least 30 days so that she may find new counsel. He asserts, "No prejudice will accrue to the Defendant and no impediment to the orderly administration of Justice will occur in the event of the requested Stay and/or Continuance." Doc. 9 at 3.

The court finds that counsel meets the requirements of Local Rule 83.5.5 and that counsel may withdraw.

Consequently, plaintiff is left without representation before this court. The court thus stays the case until September 27, 2019 to allow plaintiff time to find new counsel. The court refers plaintiff to the "Self Represented Litigants" page on this court's website, available at http://ksd.uscourts.gov/index.php/self-represented-litigants/. On that page is a section entitled

"Find a Lawyer" which suggests ways to find a lawyer and provides contact information for several organizations in Kansas, that may be able to help plaintiff find a lawyer. Plaintiff also may access the page by going to the court's website, http://ksd.uscourts.gov/, clicking the drop-down menu titled "self REPRESENTATION" on the blue menu ribbon at the top of the page, and selecting "Find a Lawyer" from the drop-down menu.

Plaintiff, or her new counsel, must inform the court in writing no later than October 1, 2019, of the status of the case. If plaintiff has yet to find counsel, she may (1) provide the court with contact information for no fewer than five attorneys whom she has contacted or (2) explain why she has been unable to do so. The court may provide additional time for plaintiff to find counsel, or it may order other appropriate action at that time. If plaintiff secures counsel, counsel immediately must make an entry of appearance and file notice with the court within 15 days suggesting a new scheduling for this case considering Local Rule 83.7.1(d) and the case-load of counsel.

**IT IS THEREFORE ORDRED BY THE COURT THAT** plaintiff's counsel's Motion to Withdraw (Doc. 9) is granted effective **August 20, 2019**.

**IT IS FURTHER ORDERED THAT** plaintiff's Motion to Stay (Doc. 9) is granted, and the court stays the case through **September 27, 2019** while plaintiff finds new counsel.

**IT IS FURTHER ORDERED THAT** plaintiff, or her new counsel, will inform the court by filing a status report no later than **October 1, 2019**.

Copies of this order shall be provided to withdrawing counsel and counsel of record for the Social Security Administration, and a copy shall be mailed to plaintiff at the address provided in paragraph 3(c) of plaintiff's Motion. Doc. 9 at 2.

**IT IS SO ORDERED.**

**Dated this 20th day of August, 2019, at Kansas City, Kansas.**

**s/ Daniel D. Crabtree**
**Daniel D. Crabtree**
**United States District Judge**
